**IT IS ORDERED as set forth below:**

Date: October 25, 2010

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

```
             IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION
```

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| LISA PHOENIX, | ) | NO. 08-66994 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| U.S. BANK N.A., BY NATIONAL DEFAULT SERVICING CORPORATION, THE SERVICING AGENT, | ) ) ) | CONTESTED MATTER PROCEEDING |
| | ) | |
| Movant. | ) | CHAPTER 13 |
| vs. | ) | |
| | ) | |
| LISA PHOENIX ANDREW PHOENIX, MARY IDA TOWNSON, Trustee, | ) ) ) | JUDGE: PAUL W. BONAPFEL |
| | ) | |
| Respondents. | ) | |
| | ) | |

<u>CONSENT ORDER DENYING MOTION FOR RELIEF FROM STAY AS TO
DEBTOR AND ORDER GRANTING MOTION FOR RELIEF FROM
THE CO-DEBTOR STAY (#43)</u>

The above styled Motion having been set down for a hearing before the Court on September 29, 2010, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest,

and it appearing to the Court that the parties consent hereto;

IT IS HEREBY ORDERED that the Motion for Relief from Stay as to Debtor with respect to 3908 Hadley Farm Drive, Marietta, Georgia is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through October 31, 2010, totals $7,388.94, including one (1) payment of $820.19, one (1) late charge of $32.81, five (5) payments of $892.89 each, five (5) late charges of $35.72 each, one (1) payment of $892.89, one (1) inspection fee of $200.00, $150.00 for a filing fee and $650.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor is ordered to pay the sum of $7,242.11 instanter. Debtor shall receive credit for the sum of $146.83 in his/her suspense account. Beginning November 1, 2010 Debtor shall resume timely remittance of the regular monthly mortgage payments. Payments should be sent to National Default Servicing Corporation, 2525 E. Camelback Road, Suite 200, Phoenix, AZ 85016 or to such address as may be designated.

FURTHER ORDERED that should Debtor default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Note and Deed for a period of six (6) months from the date of entry of this Order, then upon notice of default sent by first class mail to Debtor and Debtor's

attorney, and failure of Debtor to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay, without further notice or hearing.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant under its Note and Security Deed, and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law, shall be paid to the Trustee for the benefit of the Estate.

FURTHER ORDERED that there having been no appearance by the co-debtor, the motion for relief from the co-debtor stay is granted.

END OF DOCUMENT

CONSENTED TO BY:

/s/ Leigh Bailey, Bar No. 140299 for
Melissa Sawyers, Bar No. 142597
Attorney for Movant
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102
(770) 643-2148
(800) 275-7171
File Number: SUNS-08-00065

```
 /s/ Carrie L. Oxendine
 by Leigh Bailey with express permission
Carrie L. Oxendine, Bar No. 141478
Attorney for Debtor
Berry & Associates
2751 Buford Highway
Suite 400
Atlanta, GA 30324
(404) 235-3300


NO OPPOSITION:


 /s/ Brandi L. Kirkland
 by Leigh Bailey with express permission
Brandi L. Kirkland, Bar No. 423627
Attorney for Chapter 13 Trustee
100 Peachtree Street, NW
Suite 2700, The Equitable Building
Atlanta, GA 30303
(404) 525-1110
```

```
                        DISTRIBUTION LIST



Lisa Phoenix
3908 Hadley Farm Drive
Marietta, GA 30066

Andrew Phoenix
3908 Hadley Farm Drive
Marietta, GA 30066

Carrie L. Oxendine, Esquire
Berry & Associates
2751 Buford Highway
Suite 400
Atlanta, GA 30324

Mary Ida Townson, Trustee
100 Peachtree Street, NW
Suite 2700, The Equitable Building
Atlanta, GA 30303
```